# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN DAVID NICHOLS | ) |

## INFORMATION

The United States Attorney Charges:

### Introduction

At all times material to this Information:

1. Tech-Optics, Inc., had a service contract with Children's of Alabama Hospital (Children's) to provide, among other things, printer preventative maintenance, servicing, and toner cartridges. John David NICHOLS (NICHOLS) was the Tech-Optics on-site service technician located at Children's from in or about October 2009 through in or about October 2011.

2. NICHOLS's responsibilities included, among others, ordering toner cartridges for Children's from Tech-Optics via an online computer inventory system utilizing one or more servers located outside Alabama. Orders entered by NICHOLS caused cartridges to be shipped from Tech-Optics to Alabama for which Children's paid. Said shipments originated from outside Alabama.

3. Between in or about August 2010, and October 2011, while employed by Tech-Optics, NICHOLS utilized the online computer inventory system described in the preceding paragraph to order printer cartridges, ostensibly for Children's, from Tech-Optics. Though Children's paid for the cartridges, NICHOLS obtained and sold them to Image Craft, a company located in the Northern District of Alabama which bought new and used toner cartridges.

4. On or about October 31, 2011, the contract between Children's and Tech-Optics described in paragraph one of this Introduction was terminated and Ameri-Tek thereafter began providing the services previously provided by Tech-Optics. NICHOLS then left Tech-Optics to go to work for Ameri-Tek.

5. After going to work for Ameri-Tek, NICHOLS continued ordering cartridges, ostensibly for Children's, from Tech-Optics. Children's paid for the majority of these shipments. NICHOLS used an online system, with servers located outside Alabama, to order cartridges which were then shipped from outside Alabama into Alabama as described in paragraph two of this Introduction.

6. NICHOLS obtained the cartridges ordered from Tech-Optics and paid for by Children's and then sold the cartridges to Image Craft, as he had done previously, and as described in paragraph three of the Introduction.

## Count One – Wire Fraud
## 18 U.S.C. § 1343

1.The United States Attorney repeats and realleges the allegations contained in paragraphs 1 through 6 of the Introduction to this Information as though fully set out herein.

### Purpose of the Scheme and Artifice

2.From on or about August 24, 2010, and continuing until on or about March 21, 2012, the defendant,

**JOHN DAVID NICHOLS**,

did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money, funds, and properties by means of material false and fraudulent pretenses, representations, and promises.

3.It was a part of the scheme and artifice to defraud that NICHOLS, while employed by Tech-Optics, fraudulently entered orders for toner cartridges, falsely representing that the items ordered were for Children's, in the online inventory systems of Tech-Optics.

4.It was a part of the scheme and artifice to defraud that NICHOLS, after leaving the employment of Tech-Optics and going to work for Ameri-Tek,

fraudulently told Tech-Optics that Children's desired Tech-Optics to continue supplying cartridges to certain Children's locations despite the termination of the contract between Tech-Optics and Children's.

5. It was a part of the scheme and artifice to defraud that NICHOLS, while employed by Ameri-Tek, would and did fraudulently enter orders for toner cartridges, falsely representing that the items ordered were for Children's, in the online inventory systems of Tech-Optics.

6. It was a part of the scheme and artifice to defraud that NICHOLS would and did make these misrepresentations for the purpose of inducing Tech-Optics to ship cartridges to Alabama.

7. It was a part of the scheme and artifice to defraud that NICHOLS would then take possession of the items shipped by Tech-Optics and sell the items to Image Craft, for his own benefit.

## THE WIRE COMMUNICATIONS

8. From in or about August 24, 2010, and continuing through in or about March 21, 2012, in the Northern District of Alabama and elsewhere, the defendant,

**JOHN DAVID NICHOLS**,

for the purpose of executing the above-described scheme and artifice, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire

communications, certain writings, signs, and signals, that is use of Tech-Optics' online inventory systems to cause shipment of cartridges as described above to the Northern District of Alabama.

All in violation of 18 U.S.C. § 1343.

                                                JOYCE WHITE VANCE
                                                United States Attorney

                                                */s/Henry Cornelius*
                                                HENRY CORNELIUS
                                                Assistant United States Attorney